Civil Complaint Date 5/22/02

Filed 5-21-03 in accordance with Order on IFP dated 5-21-03

Plaintiff

June E Roberts

V

Boston College & its agents

Defendants

02 1095[0]

Boston College
Kalpana Seshadri-Crooks
Mary Crane
Robin Lydenberg
Pat DeLeue
Mick Smyer

## Parties

1. The plaintiff is a resident of the town of Brookline in Norfolk county Mass and a citizen of the U.S.

2. The Defendant Boston College and its agents named above [English Department Faculty & Administration for the graduate school of Arts & Sciences] reside in Norfolk County at 140 Commonwealth Ave Newton and may be citizens of the U.S.

3.
## Jurisdiction

This court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331

## Facts

4. On May 21st, 1999 I, June E Roberts sent my document to the print room at the Oneill Library computing facility. The print out took twice as long as normally necessary. When I took it to be bound at B.C. Press, it fell as I was handing it to the clerk.

5. I discovered several corruptions, apparently spurious pages inserted into the middle of my document. There were several racial slurs inserted into the document and the font and spacing was manipulated to make the document unsuitable for graduation.

6. I showed the corrupted pages to defendants Kalpana Seshadri-Crooks, Mary Crane, Robin Lydenberg and Pat DeLeuw. On May 23rd Kalpana Seshadri-Crooks & Mary Crane took the document and had it reprinted. The corrupted pages were removed and Pat DeLeuw made copies of them on May 21st.

7. Pat DeLeuw promised that an investigation would follow. I have never heard any news or seen any documentation about said investigation & its findings, although I have made several inquiries.

8. My bound dissertation which is a matter of public record is nowhere public. I have never seen it. No one will speak honestly and openly about the matter.

9. All parties have been terrified into a conspiracy

of silence). All parties are complicit in covering up the hate crime committed against me. They conspired to conceal the crime and did carry out the conspiracy from 5/22/99 to the present.

10  I am seeking relief in monetary compensation

June E Roberts
Plaintiff